# EXHIBIT C

RETURN
2017CVH001781D2

CITATION BY CERTIFIED MAIL

THE STATE OF TEXAS

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, DEMAND FORY, AND WRITTEN DISCOVERY, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO: BENNY DURHAM**
**201 RIPLEY AVE**
**KRESS TX 78905**

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111TH DISTRICT COURT** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2017CVH001781D2, styled:

**DELIA BENITEZ, PLAINTIFF**

**VS.**

**UNITED FIRE & CASUALTY COMPANY; BENNY DURHAM, DEFENDANT**

Said Plaintiff's Petition was filed on 08/21/2017 in said court by:
THOMAS M FURLOW, ATTORNEY FOR PLAINTIFF
1032 CENTRAL PARKWAY SOUTH
SAN ANTONIO, TX 78232

**WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,** issued and given under my hand and seal of said court at office, on this the 31st day of August, 2017.

C L E R K O F C O U R T

ESTHER DEGOLLADO, CLERK OF WEBB COUNTY, TEXAS
P.O. BOX 667
LAREDO, TX 78042

BY: ______________________ DEPUTY
Moises Garcia

DISTRICT COURT OF WEBB COUNTY, TEXAS

**CLERK'S CERTIFICATE OF SERVICE**

I, Clerk of the District Courts and County Court at Law of Webb County, Texas, certify that I executed the foregoing citation in Webb County, Texas on this the 31st day of August, 2017 by placing in the United States mail a true copy of this citation, with true copy of the aforesaid Pleading attached thereto, via **Certified Mail No. 7017 1450 0000 9528 6324** ADDRESSED TO: Benny Durham
201 Ripley Ave
Kress Tx 78905 and endorsed thereon "**RETURN RECEIPT REQUESTED,**" after having first endorsed on said copy of said citation the date of mailing and the name and address of the within-named recipient, to certify which witness my hand officially on this the 31st day of August, 2017.

CALENDAR CALL SET FOR
11/06/17 AT 11 AM

**ATTACH EVIDENCE OF MAILING AND RETURN RECEIPT HERE.**

DISTRICT COURT OF WEBB COUNTY, TEXAS

**ESTHER DEGOLLADO**
**CLERK OF THE DISTRICT COURTS AND COUNTY COURT-AT-LAW**
**OF WEBB COUNTY, TEXAS**

BY: ______________________ DEPUTY
Moises Garcia

SERVE
2017CVH001781D2

CITATION BY CERTIFIED MAIL
THE STATE OF TEXAS

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, DEMAND FORY, AND WRITTEN DISCOVERY, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO: BENNY DURHAM
201 RIPLEY AVE
KRESS TX 78905

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111TH DISTRICT COURT** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2017CVH001781D2. styled:

**DELIA BENITEZ, PLAINTIFF**

**VS.**

**UNITED FIRE & CASUALTY COMPANY; BENNY DURHAM, DEFENDANT**

Said Plaintiff's Petition was filed on 08/21/2017 in said court by:
THOMAS M FURLOW, ATTORNEY FOR PLAINTIFF
1032 CENTRAL PARKWAY SOUTH
SAN ANTONIO, TX 78232

**WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,** issued and given under my hand and seal of said court at office, on this the 31st day of August, 2017.

C L E R K O F C O U R T

ESTHER DEGOLLADO, CLERK OF WEBB COUNTY, TEXAS
P.O. BOX 667
LAREDO, TX 78042

BY: ______________________ DEPUTY
Moises Garcia

CLERK'S CERTIFICATE OF SERVICE

I, Clerk of the District Courts and County Court at Law of Webb County, Texas, certify that I executed the foregoing citation in Webb County, Texas on this the 31st day of August, 2017 by placing in the United States mail a true copy of this citation, with true copy of the aforesaid Pleading attached thereto, via **Certified Mail No. 7017 1450 0000 9528 6324** ADDRESSED TO: Benny Durham
201 Ripley Ave
Kress Tx 78905 and endorsed thereon "**RETURN RECEIPT REQUESTED,**" after having first endorsed on said copy of said citation the date of mailing and the name and address of the within-named recipient, to certify which witness my hand officially on this the 31st day of August, 2017.

CALENDAR CALL SET FOR
11/06/17 AT 11 AM

**ATTACH EVIDENCE OF MAILING AND RETURN RECEIPT HERE.**

ESTHER DEGOLLADO
CLERK OF THE DISTRICT COURTS AND
COUNTY COURT-AT-LAW
OF WEBB COUNTY, TEXAS

BY: ______________________ DEPUTY
Moises Garcia

**Webb County**
DISTRICT COURTS &
COUNTY COURTS AT LAW

ESTHER DEGOLLADO / DISTRICT CLERK
P.O. Box 667
LAREDO, WEBB CO., TEXAS 78042-0667

THIS ENVELOPE CONTAINS
**IMPORTANT**
LEGAL INSTRUMENTS
FOR YOUR SAFEKEEPING

OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
**CERTIFIED MAIL**®
7017 1450 0000 4528 6324

PITNEY BOWES
$007.50⁰
02 1W
SEP 05 2017

Benny Durham
201 Ripley Ave.
Kress, Tx ~~78905~~ NO such zip for 789
try 79052

1st NOTICE
2nd NOTICE
RETURN

79052$2103 R003